# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                   Case Number: 4:24–cr–00507

Gholam Reza Goodarzi

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  10/3/2024

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Arraignment

Date:    September 25, 2024

Nathan Ochsner, Clerk