IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:24-CR-00507 |
| | § | |
| GHOLAM REZA GOODARZI | § | |

**UNOPPOSED MOTION TO CONTINUE JURY TRIAL**
**AND TO ENTER A NEW SCHEDULING ORDER**

TO THE HONORABLE CHARLES ESKRIDGE, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

COMES NOW, GHOLAM REZA GOODARZI, defendant, moves this Honorable Court to continue the jury trial and to enter a new scheduling order and for good cause would show as follows:

I.

Motions were to be filed by July 31, 2026, pretrial materials were due by August 31, 2026, pretrial conference is set for September 4, 2026, at 9:30 a.m., and jury trial is set for September 8, 2026, at 9:30 a.m.

II.

Counsel for defendant requests a continuance of at least sixty (60) days to a date after September 4, 2026, for the following reasons. Counsel for the defendant is working closely with counsel for the government to agree to the terms of plea agreement. Counsel has received a proposed plea agreement, however there are disagreements about certain language in the proposed factual basis. Counsel recently

received a clean copy of defendant's post-arrest interview to assist with this issue. Counsel needs the additional time to meet with defendant, in order to effectively evaluate the evidence and continue ongoing, meaningful plea negotiations.

III.

Based on the reasons presented herein, Defendant respectfully request that this Honorable Court continue the trial date of September 4, 2026, for at least sixty (60) days, or to a date in November 2026. A continuance of the trial setting should be excluded from the Speedy Trial limitations pursuant to 18 U.S.C. § 3161(h)(8)(A) for the ends of justice are served by such continuance and the need for the continuance outweighs the best interest of the public and the defendants in a speedy trial. Attached to this motion is a fully executed Consent to Order of Excludable Delay signed by the defendant today. The defendant is fully aware that Counsel is requesting more time, and he consents to the adjournment.

This motion is made not for the purpose of delay, but that justice may be done. WHEREFORE PREMISES CONSIDERED, Defendant respectfully pray that the Court grant this motion.

Respectfully submitted,

SCHAFFER KENNEDY JOHNSON

*/s/ Kent A. Schaffer*
KENT A. SCHAFFER
Federal ID No. 3603
TBA No. 17724300
KentSchaffer@gmail.com
JAMES M. KENNEDY
Federal ID No. 30414
TBA No. 24008754
JamesKennedy@skjm.law
1001 McKinney Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 228-8500
Facsimile: (713) 228-0034

Attorneys for defendant,
GHOLAM REZA GOODARZI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:24-CR-00507 |
| | § | |
| GHOLAM REZA GOODARZI | § | |

**CERTIFICATE OF CONFERENCE**

Counsel for defendant conferred with AUSA Heather Winter concerning her position on Defendant's Motion for Continuance. Ms. Winter stated that the Government is unopposed to this motion.

*/s/ Kent A. Schaffer*
KENT A. SCHAFFER

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an email notification of this filing to all registered parties.

*/s/ Kent A. Schaffer*
KENT A. SCHAFFER